# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>AMAAT MBENGA<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 25, 2019__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | having been convicted of a crime punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly receive and possess a firearm, that is a Taurus PT111G2, .9mm caliber semi-automatic handgun, and did unlawfully and knowingly receive and possess ammunition, that is, .9mm caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

JOHN BEWLEY, Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/25/2019

*Judge's signature*

City and state: Washington, DC          DEBORAH A. ROBINSON, U.S. Magistrate Judge
*Printed name and title*