AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
JUL 2 6 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America
v.
AMAAT MBENGA

Defendant

)
)  Case: 19-mj-201
)  Assigned To: Judge Deborah A. Robinson
)  Assign. Date: 7/26/2019
)  Description: Criminal Complaint w/Arrest Warrant
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   AMAAT MBENGA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(g)(1)

Date: 07/26/2019

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

DEBORAH A. ROBINSON, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/26/2019, and the person was arrested on *(date)* 7/26/2019
at *(city and state)* WASH DC

Date: 7/26/2019

*Arresting officer's signature*

JAYME KINGSLEY, INVESTIGATOR
*Printed name and title*